# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CORIANNE LEBOW, <br><br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:16-CV-319-FVS <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court adopted the Report and Recommendation (ECF No. 16) to Grant Plaintiff's Motion for Summary Judgment (ECF No. 13) and Deny Defendant's Motion for Summary Judgment (ECF No. 14).  Judgment is hereby entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Fred Van Sickle   on a Report and Recommendation (ECF No. 16) to Grant Plaintiff's Motion for Summary Judgment (ECF No. 13) and Deny Defendant's Motion for Summary Judgment (ECF No. 14).

Date:  August 16, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb