FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CORIANNE LEBOW,

               Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

No. 2:16-CV-00319-FVS

ORDER ADOPTING REPORT AND
RECOMMENDATION TO GRANT
STIPULATED MOTION FOR EAJA
ATTORNEY'S FEES

ECF No. 19, 24

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on November 30, 2017, ECF No. 24, recommending the parties' stipulated motion for attorney fees pursuant to the EAJA, ECF No. 19, be granted**.**  No objection was filed.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1.    The Report and Recommendation, **ECF No. 24,** to grant the parties' stipulated motion for fees pursuant to the EAJA, **ECF No. 19,** is **ADOPTED in its entirety**.

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED December 27, 2017.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
